IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Julio Cesar Rocha Gonzalez,   :
                              :
        Petitioner,           :   Case No. 1:26-cv-77
                              :
    v.                        :
                              :
Robert Lynch, Director of Enforcement and   :   Judge Susan J. Dlott
Removal Operations, Detroit Field Office,   :
United States Immigration and Customs       :
Enforcement, *et al.*,        :   Order Granting Unopposed Motion to Drop
                              :   Party and Denying as Moot Motion to
        Respondents.          :   Dismiss

Petitioner Julio Cesar Rocha Gonzalez filed a Petition for Writ of Habeas Corpus

("Habeas Petition") on January 28, 2026 challenging his detention by Immigration Customs

Enforcement ("ICE") in the Butler County Jail. (Doc. 1.) Petitioner is a citizen of Mexico who

entered the United States in 1998 and has been residing in the United States without lawful status

since that time. (*Id.* at PageID 4.) He brings his action against Respondents Robert Lynch,

Director of the Detroit Field Office of ICE, in his official capacity; Kristi Noem, Secretary of the

Department of Homeland Security, in her official capacity; Executive Office for Immigration

Review ("EOIR"); and Nick Fisher, Warden of the Butler County Jail, where Petitioner is

detained.

On February 5, 2026, Fisher filed a Motion to Dismiss. (Doc. 8.) On February 11, 2026,

Petitioner filed a Motion to Drop Party under Federal Rule of Civil Procedure 21, in which

Petitioner requests to drop Fisher as a party and to allow the case to proceed against the remaining

Respondents. (Doc. 10.) Fisher does not object to Petitioner's Motion to Drop Party. (Doc. 13.)

Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms,

add or drop a party. The court may also sever any claim against any party." Fed. R. Civ. P. 21.

"Unless the parties state otherwise, dropping a party under Rule 21 means that party is dropped without prejudice." *Fin. Res. Fed. Credit Union v. Diebold, Inc.*, No. 5:21-CV-00219, 2021 WL 4270077, at *1–2 (N.D. Ohio Apr. 29, 2021) (citing *See Michaels Bldg. Co. v. Ameritrust Co. N.A.*, 848 F.2d 674, 682 (6th Cir. 1988)).

As the Motion to Drop Fisher is uncontested, the Court **GRANTS** the Motion to Drop Party Under Rule 21 (Doc. 10) and **DENIES AS MOOT** the Motion to Dismiss. (Doc. 8.) As Petitioner did not specify otherwise, Fisher will be dropped as a party without prejudice.

**IT IS SO ORDERED**.

Judge Susan J. Dlott
United States District Court