IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Julio Cesar Rocha Gonzalez,     :
             :
   Petitioner,     :
             :  Case Number: 1:26cv77
  vs.         :
             :  Judge Susan J. Dlott
Director of Enforcement and Removal :
Operations, Detroit Field Office,  :
United States Immigration and   :
Customs Enforcement.     :
             :
             :
   Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED

This action was decided by the Court without a trial. It was ordered and adjudicated that the Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) was granted and the Motion to Dismiss (Doc. 8) was denied as moot.

The Court retains jurisdiction to enforce its grant of relief or to adjudicate timely petitions filed under the Equal Access to Justice Act, 28 U.S.C. § 2412.

4/24/2026             RICH NAGEL, CLERK

                 S/William Miller
                 Deputy Clerk